**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYM NEWTON, CHEADRIANNA, JOHNSON, MAQUITA LAMB, individually, and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br>v.<br>BANK OF AMERICA, NATIONAL ASSOCIATION, a North Carolina Corporation, and DOES 1-100, inclusive,<br>　　　　　　Defendant. | Case No. 2:14-cv-03714-CBM-MRWx<br><br>**JUDGMENT** |

1

Consistent with the Court's order filed on May 12, 2015, Judgment is hereby entered in favor of Defendant against Plaintiffs.

**IT IS SO ORDERED.**

DATE: May12, 2015

———————————————————

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE