| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAY 25 2016 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| KYM NEWTON, individually, and on behalf of all others similarly situated; et al., | No. 15-55781 |
| Plaintiffs - Appellants, | D.C. No. 2:14-cv-03714-CBM-MRW<br>Central District of California, Los Angeles |
| v. | |
| BANK OF AMERICA, N.A., a North Carolina Corporation, | ORDER |
| Defendant - Appellee. | |

The court is in receipt of the parties' Stipulation of Dismissal. Pursuant to the stipulation of the parties at docket entry 18, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Lisa Jaye
Circuit Mediator

LJ/Mediation